# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: OCT 19 2020

October

**SO ORDERED**

The initial conference is adjourned from October 20, 2020 to January 12, 2021 at 9:30 a.m.

/s/ George B. Daniels  
HON. GEORGE B. DANIELS

**VIA ECF**

Hon. George B. Daniels, U.S.D.J.  
United States District Court for the Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

Re: *Ortiz Ochoa et al v. Prestige Cafe & Deli Corp. et al.*, 1:20-cv-04462-GBD

Your Honor:

This office represents the Plaintiff in the above-referenced matter. Together with Defendants' counsel, I write to request that the Court adjourn the initial conference scheduled for this matter for tomorrow, October 20, in light of the filing of the Proposed Case Management Plan (ECF Doc. No. 18) earlier today.

We thank the Court for its time and its attention to this matter.

Sincerely,

/s/ Jordan Gottheim  
Jordan Gottheim, Esq.  
Michael Faillace & Associates, P.C.  
*Attorney for Plaintiff*

cc: Defendants' Cousnel (via ECF)