**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
LUIS ANTONIO ORTIZ OCHOA, *individually and* :
*on behalf of others similarly situated*, :
:
                     Plaintiff, :
    -against- :     ORDER
:
PRESTIGE CAFÉ & DELI II LTD. *d/b/a* :     20 Civ. 4462 (GBD)
PRESTIGE CAFÉ & DELI II, and BEJAD :
MUSLEH, :
:
                 Defendants. :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The initial conference is adjourned from March 2, 2021 to May 11, 2021 at 9:30 a.m.

Dated: March 2, 2021
      New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE