

**Michael S. Haber**
*Attorney At Law*
11 Broadway, Suite 615
New York, New York 10004
**212 791-6240**
Fax (212) 480-8560
Email: Haberlawoffice@aol.com

If checked below, please reply to:

✓ Michael S. Haber, Esq.
Middletown Executive Suites
107 Tindall Avenue
Middletown, New Jersey 07748

March 1, 2021

Via Fax ((212) 805-6737)

Hon. George B. Daniels
Judge, United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels/*
George B. Daniels, U.S.D.J.

Dated: MAR 0 3 2021

Re: Ortiz Ochoa v. Prestige
    Café & Deli Corp., et al.
    1:20-CV-04462 (GBD)

Dear Judge Daniels:

I represent defendants in the above-referenced action, and write with the consent of plaintiff's counsel, Aaron Schweitzer, Esq. of Troy Law, PLLC.

We seek to adjourn the conference scheduled for tomorrow morning and also to amend the scheduling order to reflect the following dates:

- Plaintiff to serve initial disclosures by March 15, 2021;

- Responses by both sides to all outstanding interrogatories, document requests, and requests for admission by March 25, 2021;

- If plaintiff moves for conditional collective certification, motion briefing shall be governed by Local Rule 6.1.

- Depositions to be completed by May 24, 2021;

- Fact discovery to be completed by July 23, 2021;

- Pretrial motions to be filed by August 22, 2021.

Thank you for considering the foregoing.

Respectfully,

Michael S. Haber

cc: Aaron B. Schweitzer, Esq. (via email)
MSH/pk