**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

LUIS ANTONIO ORTIZ OCHOA, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

PRESTIGE CAFÉ & DELI CORP. *d/b/a* Prestige Café, PRESTIGE CAFÉ & DELI II LTD. *d/b/a* Prestige Café & Deli II, BEJAD MUSLEH,

                Defendants.

------------------------------------- x



ORDER

20 Civ. 4462 (GBD) (KNF)

GEORGE B. DANIELS, District Judge:

The May 11, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Fox for General Pretrial, Specific Non-Dispositive Motion/Dispute, and Dispositive Motion.

Dated: May 10, 2021
      New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE