**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

LUIS ANTONIO ORTIZ OCHOA, *individually and on behalf of others similarly situated*,

                      Plaintiff,

    -against-

PRESTIGE CAFÉ & DELI CORP. *d/b/a* Prestige Café, PRESTIGE CAFÉ & DELI II LTD. *d/b/a* Prestige Café & Deli II, BEJAD MUSLEH,

                      Defendants.

------------------------------------- X

ORDER

20 Civ. 4462 (GBD) (JW)

GEORGE B. DANIELS, District Judge:

    A pre-trial conference is set for April 19, 2022 at 10:00 a.m.

Dated: March 1, 2022
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE