UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LUIS ANTONIO ORTIZ OCHOA, *individually and on behalf of others similarly situated*,

                        Plaintiff,

                -against-

PRESTIGE CAFÉ & DELI CORP. *d/b/a* Prestige Café, PRESTIGE CAFÉ & DELI II LTD. *d/b/a* Prestige Café & Deli II, BEJAD MUSLEH,

                      Defendants.

------------------------------------ x

ORDER

20 Civ. 4462 (GBD) (JW)

GEORGE B. DANIELS, District Judge:

In light of the parties' notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*.

Dated: April 18, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE