**EXHIBIT A.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ORTIZ OCHOA *et al.*

                        Plaintiff,      Case No.20-cv-04462

      v.

Prestige Cafe & Deli Corp. (d/b/a Prestige Cafe) *et al.*   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

                      Defendants.
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

| | |
|---|---|
| TROY LAW, PLLC<br>*Attorneys for the Plaintiff* | Law Offices of Michael S. Haber<br>*Attorneys for Defendants* |
| By: _____<br>John Troy (JT 0481)<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>Tel: 718 762 1324 | Michael S. Haber, Esq.<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Tel: 2127916240 |

SO ORDERED.
George B. Daniels

JAN 1 0 2023